KIDD ET AL. *v.* OHIO.

No. 465.   Decided December 8, 1958.

*Allen Brown* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER and MR. JUSTICE STEWART took no part in the consideration or decision of this case.

LOEBER *v.* CALIFORNIA.

No. 260, Misc.   Decided December 8, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.